# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| STOCKTON MORTGAGE CORPORATION, § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> TERRY LEE PRIEST, TAMMY LYNN § <br> PRIEST, AND UNITED STATES OF § <br> AMERICA, ON BEHALF OF THE § <br> SECRETARY OF HOUSING AND URBAN § <br> DEVELOPMENT, § <br> Defendants. § | | CIVIL ACTION NO. <br><br> 2:25-cv-00013 |

## STOCKTON MORTGAGE CORPORATION'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Stockton Mortgage Corporation ("Stockton"), by and through the undersigned counsel, and hereby respectfully moves this Court to dismiss this suit without prejudice. In support of this motion, Stockton states as follows:

1. Defendants Terry Lee Priest and Tammy Lynn Priest have qualified for loss mitigation workout.

WHEREFORE, Stockton Mortgage Corporation respectfully requests that this Court grant this Motion to Dismiss without Prejudice and for all other relief as the Court deems appropriate.

DATE: <u>October 16, 2025</u>

           Respectfully submitted,
           MARINOSCI LAW GROUP, P.C.

           <u>/s/ Sammy Hooda</u>
           Sammy Hooda / State Bar No. 24064032
           16415 Addison Road, Suite 725
           Addison, Texas 75001
           Phone: 401.234.9200 x 3002
           Fax: 972.331.5240

Email: shooda@mlg-defaultlaw.com
**ATTORNEYS FOR PLAINTIFF**
**STOCKTON MORTGAGE CORPORATION**

# CERTIFICATE OF SERVICE

I, Sammy Hooda, of Marinosci Law Group, P.C., do hereby certify that a copy of the foregoing pleading was sent to those on the below service list by the method specified therein.

Signed this 16th day of October 2025.

**VIA CM/ECF**

    Robert E. McGuire
    Acting U.S. Attorney – Middle District of Tennessee
    Attention: Mark H. Wildasin – Assistant U.S. Attorney
    United States Attorney's Office
    719 Church Street, Suite 3300
    Nashville, TN 37203
    Email: mark.wildasin@usdoj.gov

                              */s/ Sammy Hooda*
                              Sammy Hooda