UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| STOCKTON MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TERRY LEE PRIEST, et al., | ) ) ) |
| Defendants. | ) |

No. 2:25-cv-00013

## ORDER

Plaintiff has filed a Stipulation of Dismissal (Doc. No. 27). In accordance with the Stipulation of Dismissal (Doc. No. 27), and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE